PATRICIA L. McCABE, CSBN 156634
Law Offices of Patricia L. McCabe
4100 W Alameda Ave., 3RD Floor, Ste. 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
MICHAEL OLIVERI, SR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL OLIVERI, SR.<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO[1],<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No. 2:23-cv-09994-SK<br><br>ORDER FOR AN AWARD OF ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d), 28 U.S.C. §1920<br><br>Judge: Honorable Steve Kim |

　　Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) (EAJA) and 28 U.S.C. § 1920, IT IS ORDERED that attorney fees in the amount of $6,500.00, and costs in the amount of $400.00, be paid to Counsel for Plaintiff, Patricia L. McCabe and the Law Offices of Patricia L. McCabe, subject to the terms of the above-referenced Stipulation.

Date:   June 5, 2025

_____
Steve Kim
United States Magistrate Judge

---

[1] Frank Bisignano became Acting Commissioner of Social Security on May 6, 2025. Pursuant to FRCP Rule 25(d), Frank Bisignano should be substituted as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

- 1 -